IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDRE M. KELLY,

    Plaintiff,                         JUDGMENT IN A CIVIL CASE

v.                                     13-cv-677-bbc

S. VAN VORST and
NURSES on 9-11-13, 3to 11 staff,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants S. Van Vorst and Nurses on 9-11-13, 3 to 11 staff granting their motion for summary judgment and dismissing this case without prejudice in accordance with <u>Ford v. Johnson</u>, 362 F.3d 395, 401 (7th Cir. 1004).

    /s/                                                   8/21/2014

    Peter Oppeneer, Clerk of Court                      Date